**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

PACIFIC WESTERN BANK,

         Plaintiff,

        v.

COREY WELP, J. TODD RAYMOND,
GERALD MARTIN, AND PATRICK
HYNES,

         Defendants.

**NOTICE OF VOLUNTARY DISMISSAL**
**PURSUANT TO F.R.C.P 41(a)(1)(A)(i)**

Index No. 18-cv-11684-JMF

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the Plaintiff

Pacific Western Bank and its counsel, hereby give notice that the above-captioned action is

voluntarily dismissed, without prejudice.

Dated: January 3, 2019

        ARENT FOX LLP

        By: s/ Mark Bloom
          Mark A. Bloom, Esq.
          Alissa F. Bard, Esq.
          Arent Fox LLP
          1301 Avenue of the Americas, Floor 42
          New York, NY 10019-6040
          Tel. (212) 484-3900
          Fax (212) 484-3990
          *mark.bloom@arentfox.com*
          *alissa.bard@arentfox.com*

          *Attorneys for Plaintiff*
          *Pacific Western Bank*