UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PACIFIC WESTERN BANK,<br><br>        Plaintiff,<br><br>        v.<br><br>COREY WELP, J. TODD RAYMOND, GERALD MARTIN, AND PATRICK HYNES,<br><br>        Defendants. | **NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P 41(a)(1)(A)(i)**<br><br>Index No. 18-cv-11684-JMF |

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the Plaintiff Pacific Western Bank and its counsel, hereby give notice that the above-captioned action is voluntarily dismissed, without prejudice.

Dated: January 3, 2019

                                              ARENT FOX LLP

                                              By: s/ Mark Bloom
                                                    Mark A. Bloom, Esq.
                                                      Alissa F. Bard, Esq.
                                                      Arent Fox LLP
                                                      1301 Avenue of the Americas, Floor 42
                                                      New York, NY 10019-6040
                                                      Tel. (212) 484-3900
                                                      Fax (212) 484-3990
                                                      *mark.bloom@arentfox.com*
                                                      *alissa.bard@arentfox.com*

                                                      *Attorneys for Plaintiff*
                                                      *Pacific Western Bank*

All conferences are vacated. Any pending motions are moot.

SO ORDERED.

*[signature]*

January 4, 2019
New York, New York